# UNITED STATES DISTRICT COURT
## for the
## Eastern District of New York

| | |
|---|---|
| STEPHANIE ZOBAY, Individually and for the Estate of STEPHEN S. EVERHART, et al.<br><br>Plaintiffs<br><br>vs.<br><br>MTN GROUP LIMITED, MTN IRANCELL, MTN DUBAI LIMITED, ZTE CORPORATION, ZTE (USA) INC. and ZTE (TX) INC.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. 21-cv-3503<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants, ZTE (USA) INC. and ZTE (TX) INC.

                 Respectfully submitted,

Dated:  September 2, 2021    /s/ *Melissa Fundora Murphy*
                 Melissa Fundora Murphy
                 BLANK ROME LLP
                 One Logan Square
                 130 North 18th Street
                 Philadelphia, PA  19103-6998
                 Email: mfmurphy@blankrome.com
                 Phone: (215) 569-5334
                 Fax:   (215) 832-5334

## **CERTIFICATE OF SERVICE**

I, Melissa Fundora Murphy, hereby certify that on the date set forth below, I caused a copy of the foregoing Appearance of Counsel to be served via the Court's e-filing system upon the following:

Eli Johnson Kay-Oliphant, Esquire
Sparacino PLLC
225 W. Washington Street
Suite 2200
Chicago, IL  60606

*Attorney for Plaintiffs*

Dated:  September 2, 2021            /s/ *Melissa Fundora Murphy*
                                     MELISSA FUNDORA MURPHY

151813.00601/126720398v.1