# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOBAY et al., | Case No. 1:21-cv-03503-CBA-VMS |
| Plaintiffs, | |
| vs. | |
| MTN GROUP LTD., et al., | |
| Defendants. | |

## DEFENDANT ZTE (USA), INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant ZTE (USA), Inc. submits the following Corporate Disclosure Statement:

ZTE (USA), Inc. is a wholly owned subsidiary of ZTE Corporation, a publicly traded corporation.

Respectfully submitted,

**BLANK ROME LLP**

Dated: October 12, 2021

By: */s/ Frank A. Dante*
Frank A. Dante, Esq. (admitted *PHV*)
Melissa F. Murphy, Esq. (admitted *PHV*)
One Logan Square
Philadelphia, PA 19103
T: (215) 569-5645
F: (215) 832-5645
Email: Frank.Dante@blankrome.com
Melissa.Murphy@blankrome.com

Martin S. Krezalek, Esq.
1271 Avenue of the Americas
New York, NY 10020
T: (212) 885-5130
Email: Martin.Krezalek@blankrome.com

*Counsel for Defendants ZTE (USA), Inc. and ZTE (TX), Inc.*

## CERTIFICATE OF SERVICE

I, Frank Dante, hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the United States District Court's online case filing system, CM/ECF.

Dated: October 12, 2021            */s/ Frank A. Dante*
                                   FRANK A. DANTE