# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOBAY et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MTN GROUP LTD., et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-03503-CBA-VMS |

**DEFENDANT ZTE (TX), INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant ZTE (TX), Inc. submits the following Corporate Disclosure Statement:

ZTE (TX), Inc. is a wholly owned subsidiary of ZTE (HK) Limited. ZTE (HK) Limited is a wholly owned subsidiary of ZTE Corporation, a publicly traded corporation.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BLANK ROME LLP**

Dated: October 12, 2021　　　　　　　　By: */s/ Frank A. Dante*
　　　　　　　　　　　　　　　　　　　　Frank A. Dante, Esq. (admitted *PHV*)
　　　　　　　　　　　　　　　　　　　　Melissa F. Murphy, Esq. (admitted *PHV*)
　　　　　　　　　　　　　　　　　　　　One Logan Square
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　T: (215) 569-5645
　　　　　　　　　　　　　　　　　　　　F: (215) 832-5645
　　　　　　　　　　　　　　　　　　　　Email: Frank.Dante@blankrome.com
　　　　　　　　　　　　　　　　　　　　　　　　Melissa.Murphy@blankrome.com

　　　　　　　　　　　　　　　　　　　　Martin S. Krezalek, Esq.
　　　　　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　T: (212) 885-5130
　　　　　　　　　　　　　　　　　　　　Email: Martin.Krezalek@blankrome.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants ZTE (USA), Inc. and ZTE (TX), Inc.*

**CERTIFICATE OF SERVICE**

I, Frank Dante, hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the United States District Court's online case filing system, CM/ECF.

Dated: October 12, 2021                              */s/ Frank A. Dante*
                                                     FRANK A. DANTE