UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
...................................................................X
STEPHANIE ZOBAY, Individually and for the
Estate of STEPHEN S. EVERHART, et al.

                           Plaintiffs                        Case No. 21-cv-3503

     vs.

MTN GROUP LIMITED, MTN IRANCELL,                NOTICE OF MOTION
MTN DUBAI LIMITED, ZTE CORPORATION,          TO ADMIT COUNSEL
ZTE (USA) INC. and ZTE (TX) INC.                           PRO HAC VICE
                          Defendants.
...................................................................X

TO:    Counsel of Record, via ECF

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, RYAN R. SPARACINO will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Sparacino PLLC and a member in good standing of the bar of the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs. There are no pending disciplinary proceedings against me in any state or federal court.

                                                                     Respectfully submitted,

Dated: October 21, 2021

                                                                   Ryan R. Sparacino
                                                                   SPARACINO PLLC
                                                                   1720 L Street NW
                                                                   Suite 535
                                                                   Washington, DC  20036
                                                                   Email:  ryan.sparacino@sparacinopllc.com
                                                                   Phone: (202) 629-3530

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------

STEPHANIE ZOBAY, et al.

                 Plaintiff(s),

    v.

MTN GROUP LIMITED, et al.

                 Defendant(s).

21-cv-3503

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

--------------------------------------------------------

I, Ryan R. Sparacino, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Spracino PLLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of the District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 493700
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 21-cv-3503 for all plaintiffs.

Date 10/21/21
Washington, DC

Signature of Movant
Firm Name SPARACINO PLLC
Address 1920 L Street NW, Suite 535
Washington, DC 20036

Email ryan.sparacino@sparacinopllc.com
Phone (202) 629-3530

**NOTARIZED**

[Notary seal: ANNA M. OAK, NOTARY PUBLIC, EXP. 6-14-23, DISTRICT OF COLUMBIA]

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 21st day of October, 2021.

Anna M. Oak, Notary Public, D.C.
My commission expires June 14, 2023.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Ryan R Sparacino*

was duly qualified and admitted on August 8, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 14, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.