AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Zobay, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-03503-CBA-VMS |
| MTN Group Limited et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 10/29/2021

*Attorney's signature*

Ryan R. Sparacino (DC
*Printed name and bar number*

Sparacino PLLC
1920 L Street, NW
Washington, DC 20036

*Address*

ryan.sparacino@sparacinopllc.com
*E-mail address*

(202) 629-3530
*Telephone number*

(202) 629-3658
*FAX number*