UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE ZOBAY, et al.,<br><br>        Plaintiffs,<br><br>  -v.-<br><br>MTN GROUP LIMITED, et al.,<br><br>        Defendants. | Case No.: 1:21-cv-03503-CBA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Defendants MTN Group Limited and MTN (Dubai) Limited. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice before this court.

Dated: November 5, 2021

Respectfully submitted,

*/s/ Timothy P. Harkness*
Timothy P. Harkness
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
timothy.harkness@freshfields.com

*Counsel for Defendants MTN Group Limited and MTN (Dubai) Limited*