UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE ZOBAY, et al.,<br><br>                              Plaintiffs,<br><br>    -v.-<br><br>MTN GROUP LIMITED, et al.,<br><br>                              Defendants. | Case No.: 1:21-cv-03503-CBA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Defendants MTN Group Limited and MTN (Dubai) Limited. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that she is admitted to practice before this court.

Dated:  November 5, 2021                    Respectfully submitted,

                                            */s/ Kimberly H. Zelnick*
                                            Kimberly H. Zelnick
                                            Freshfields Bruckhaus Deringer US LLP
                                            601 Lexington Avenue, 31st Floor
                                            New York, New York 10022
                                            Telephone: (212) 277-4000
                                            kimberly.zelnick@freshfields.com

                                            *Counsel for Defendants MTN Group*
                                            *Limited and MTN (Dubai) Limited*