## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE ZOBAY, et al.,<br><br>                              Plaintiffs,<br>        -v.-<br><br>MTN GROUP LIMITED, et al.,<br><br>                             Defendants. | Case No.: 1:21-cv-03503-CBA |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MTN GROUP LIMITED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MTN Group Limited makes the following disclosure through its undersigned counsel:

MTN Group Limited is a South African company listed on the Johannesburg Stock Exchange. MTN Group Limited has no parent corporation and no public company owns 10% of the shares in MTN Group Limited.

Dated:  November 5, 2021

Respectfully submitted,

*/s/ Timothy P. Harkness*
Timothy P. Harkness
Kimberly H. Zelnick
Scott A. Eisman
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
timothy.harkness@freshfields.com
kimberly.zelnick@freshfields.com
scott.eisman@freshfields.com

David Zionts[*]
Jordan Moran[*]
Covington & Burling LLP
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Telephone: (202) 662-5987
Facsimile: (202) 778-5987
dzionts@cov.com
jmoran@cov.com

*Counsel for Defendants MTN Group Limited and MTN (Dubai) Limited*

---

[*] Applications for admission forthcoming.