UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE ZOBAY, et al.,<br><br>                              Plaintiffs,<br><br>-v.-<br><br>MTN GROUP LIMITED, et al.,<br><br>                              Defendants. | Case No.: 1:21-cv-03503-CBA |

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
MTN (DUBAI) LIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MTN (Dubai) Limited makes the following disclosures through its undersigned counsel:

MTN (Dubai) Limited is a Dubai company and is wholly owned by MTN International (Mauritius) Limited, which is wholly owned by MTN International Proprietary Limited, which is wholly owned by Mobile Telephone Networks Holdings Limited, which is wholly owned by MTN Group Limited.

Dated:  November 5, 2021                    Respectfully submitted,

/s/ Timothy P. Harkness
Timothy P. Harkness
Kimberly H. Zelnick
Scott A. Eisman
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
timothy.harkness@freshfields.com
kimberly.zelnick@freshfields.com
scott.eisman@freshfields.com

David Zionts[*]
Jordan Moran[*]
Covington & Burling LLP
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Telephone: (202) 662-5987
Facsimile: (202) 778-5987
dzionts@cov.com
jmoran@cov.com

*Counsel for Defendants MTN Group Limited and MTN (Dubai) Limited*

---

[*] Applications for admission forthcoming.