**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| STEPHANIE ZOBAY, *et al.,* <br><br> *Plaintiffs,* <br><br> v. <br><br> MTN GROUP LIMITED, *et al.,* <br><br> *Defendants.* |

Case No.: 1:21-cv-3503-CBA

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Defendants MTN Group Limited and MTN (Dubai) Limited. All notice given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice before this court.

Dated:  November 16, 2021

Respectfully submitted,

*/s/ Jordan L. Moran*
Jordan L. Moran
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
jmoran@cov.com
(202) 662-5198

*Counsel for Defendants MTN Group Limited and MTN (Dubai) Limited*