UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEPHANIE ZOBAY, *et al.*,

    *Plaintiffs,*

v.

MTN GROUP LTD., *et al.*,

    *Defendants.*

Case No.: 1:21-cv-3503-CBA

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Defendants MTN Group Limited and MTN (Dubai) Limited. All notice given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice before this court.

Dated:  December 6, 2021

Respectfully submitted,

*/s/ Benjamin Haley*
Benjamin Haley
Covington & Burling LLP
173 Oxford Road
Seventh Floor
Rosebank, Johannesburg
2196 South Africa
bhaley@cov.com
+27 (11) 944-6914

*Counsel for Defendants MTN Group Limited and MTN (Dubai) Limited*