**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

547195

Plaintiff
STEPHANIE ZOBAY, INDIVIDUALLY, AND FOR THE ESTATE OF STEPHEN S. EVERHART, ET AL

vs

Defendant
MTN GROUP LIMITED, ET AL

DOCKET NO. 1:21-CV-03503

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

**Person to be served:** MTN IRANCELL

**Address:**
# 5, ALIDOUST ALLEY GHADERI ST, ZANDI ST, GOLZAR BLVD., HERAVI SQ.
TEHRAN 11155937, IRAN

**Attorney:**
RYAN R. SPARACINO
1920 L STREET, NW SUITE 535
WASHINGTON DC 20036

**Papers Served:**
SUMMONS & COMPLAINT; NOTICE OF OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

**Service Data:**

Served Successfully __X__  Not Served ____  Date: December 4, 2021  Time: 10.15 AM  Attempts: ____

____ Delivered a copy to him/her personally

Name of Person Served and relationship/title

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Mohammedi (Last name refused)
PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

Age: 34   Height: 5'7"   Weight: 160 lbs   Hair: BLACK   Sex: MALE   Race: MIDDLE EASTERN

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                                 Date _____ Time _____
                                 Date _____ Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this ____ day of ____

See annexed

Notary Signature

I, Hamed Mehdizadeh, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service Agent   Date 01/03/2022
Work Order No. 547195
File No. 1:21-CV-3503

Please see reverse side

EMBASSY OF SWITZERLAND
U.S. INTERESTS SECTION

Seen for authentication of the signature and ~~(s)~~ of

HAMED MEHDIZADEH
AwB: 04/18/1978
IRPpt: H55211585
AD: 11/21/2021    AvE: 11/21/2026

This authentication concerns only the signature(s) and not the contents of the document(s)

CHF40 = IRR 11,800,000 /At. 11 /1-1 TV۵
Tehran, Jan. 03, 2022 /Bm/
For the Ambassador of Switzerland

Christian Gobet
Head of Section

[signature]

[seal: EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION TEHRAN]

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Stephanie Zobay, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 21-cv-3503 |
| MTN GROUP LIMITED, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MTN Irancell
#5, AliDoust Alley
Ghaderi St., Zandi St., Golzar Blvd., Heravi Sq.
Tehran, Tehran 11155937
Iran

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan R. Sparacino
1920 L Street, NW
Suite 535
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/23/2021

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

