

**TIMOTHY P. HARKNESS**

601 Lexington Avenue
New York, NY 10022
Tel +1 212-230-4610
timothy.harkness@freshfields.com

January 14, 2022

**VIA ELECTRONIC MAIL**

Ryan R. Sparacino
Eli J. Kay-Oliphant
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, DC 20036
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

Re: *Zobay v. MTN Group Ltd., et al.*, No. 1:21-cv-3503 (E.D.N.Y.) (CBA)

Dear Mr. Sparacino and Mr. Kay-Oliphant,

We, along with Covington & Burling LLP, represent Defendants MTN Group Ltd. and MTN (Dubai) Ltd. in this action. As per the briefing schedule in this case, please find enclosed with this letter the following:

- Defendants MTN Group Limited and MTN (Dubai) Limited's Notice of Motion to Dismiss the Complaint;

- Memorandum of Law in Support of MTN Group Limited and MTN (Dubai) Limited's Notice of Motion to Dismiss the Complaint; and

- Declaration of Scott A. Eisman, with exhibits.

Sincerely,

/s/ *Timothy P. Harkness*
Timothy P. Harkness

Enclosures