# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

*Phone:*  (215) 569-5645
*Fax:*    (215) 832-5645
*Email:*  frank.dante@BlankRome.com

January 14, 2022

**V**ia **EMAIL AND ECF**
Ryan Sparacino
Eli J. Kay-Oliphant
Sparacino PLLC
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

      Re:   *Zobay v. MTN Group Ltd., et. al.*, No. 1:21-cv-3503

Counsel:

      Undersigned counsel represents ZTE (USA), Inc. and ZTE (TX), Inc. in the above-captioned litigation. Pursuant to Section 3(D) of Judge Amon's Individual Motion Practices and Rules, enclosed please find the following:

1. Notice of ZTE (USA), Inc. and ZTE (TX), Inc.'s Motion to Dismiss the Complaint;
2. ZTE (USA), Inc. and ZTE (TX), Inc.'s Memorandum of Law; and
3. Declaration of Frank A. Dante, including Exhibits A-G.

                                  Sincerely,

                                  */s/ Frank A. Dante*
                                  Frank A. Dante

cc:    Honorable Carol Bagley Amon (via ECF without enclosures)
        Kimberly H. Zelnick (kimberly.zelnick@freshfields.com) (via email with enclosures)
        Scott A. Eisman (scott.eisman@freshfields.com) (via email with enclosures)
        Timothy P. Harkness (timothy.harkness@freshfields.com) (via email with enclosures)
        Jordan L. Moran (jmoran@cov.com) (via email with enclosures)
        David M. Zionts (dzionts@cov.com) (via email with enclosures)
        Michael Goudey (mgoudey@cov.com) (via email with enclosures)
        Benjamin S. Haley (bhaley@cov.com) (via email with enclosures)