# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: 2028795572
scottreau@jonesday.com

July 25, 2022

VIA E-MAIL

Ryan R. Sparacino
Eli J. Kay-Oliphant
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

Re: *Zobay v. MTN Group LTD., et al.*, No. 1:21-cv-3503 CBA-VMS (E.D.N.Y.)

Dear Mr. Sparacino and Mr. Kay-Oliphant:

We represent Defendants Huawei Technologies USA Inc., Huawei Device USA Inc., and Futurewei Technologies, Inc. in this action. Please find enclosed with this letter the following:

- Defendants Huawei Technologies USA Inc., Huawei Device USA Inc., and Futurewei Technologies, Inc.'s Notice of Motion and Motion to Dismiss the Amended Complaint;

- Defendants Huawei Technologies USA Inc., Huawei Device USA Inc., and Futurewei Technologies, Inc.'s Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint; and

- Declaration of Steven T. Cottreau, with exhibits.

Very truly yours,

/s/ Steven T. Cottreau

Steven T. Cottreau

Enclosures

CC: Honorable Carol Bagley Amon (via ECF without enclosures)
Martin S. Krezalek (mkrezalek@blankrome.com)
Frank A. Dante (frank.dante@blankrome.com)

JONES DAY

Melissa F. Murphy (mfmurphy@blankrome.com)
Mike Margolis (mmargolis@blankrome.com)
Serena S. Gopal (sgopal@blankrome.com)
Kimberly H. Zelnick (kimberly.zelnick@freshfields.com)
Scott A. Eisman (scott.eisman@freshfields.com)
Timothy P. Harkness (timothy.harkness@freshfields.com)
Jordan L. Moran (jmoran@cov.com)
David M. Zionts (dzionts@cov.com)
Michael Goudey (mgoudey@cov.com)
Benjamin S. Haley (bhaley@cov.com)
Alexandra Widas (awidas@cov.com)