```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STEPHANIE ZOBAY, et al.,
                                                                    JUDGMENT
                     Plaintiffs,                                    21-cv-3503 (CBA)
        v.

MTN GROUP LIMITED, MTN IRANCELL,
MTN DUBAI LIMITED, ZTE CORPORATION,
ZTE (USA) INC., ZTE (TX) INC., HUAWEI
TECHNOLOGIES CO., LTD., HUAWEI
TECHNOLOGIES USA INC., HUAWEI
DEVICE USA INC., FUTUREWEI
TECHNOLOGIES, INC., and SKYCOM TECH
CO., LTD.,
                     Defendants.
----------------------------------------------------------------X
```

A Memorandum and Order of the Honorable Carol B. Amon, United States District Judge, having been filed on September 28, 2023, granting MTN's motion to dismiss as to MTN Dubai Limited; denying as to MTN Group Limited; granting ZTE's motion to dismiss; and granting Huawei's motion to dismiss; it is

ORDERED and ADJUDGED that MTN's motion to dismiss is granted as to MTN Dubai Limited and denied as to MTN Group Limited; ZTE's motion to dismiss is granted; and Huawei's motion to dismiss is granted.

Dated: Brooklyn, New York　　　　　　　　　　　　　Brenna B. Mahoney
　　　　　September 28, 2023　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　By:　　*/s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk