# FRESHFIELDS

November 10, 2025

**New York**

3 World Trade Center
175 Greenwich Street
New York, NY 10007

**Timothy Harkness**
T +1 (212) 277-4000
T +1 (212) 230-4610 (direct)
E timothy.harkness@freshfields.com

**freshfields.us**

**VIA ELECTRONIC MAIL**

Ryan R. Sparacino
Adam Goldstein
Geoffrey P. Eaton
Eli J. Kay-Oliphant
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, DC 20036
ryan.sparacino@sparacinopllc.com
adam.goldstein@sparacinopllc.com
geoff.eaton@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

   Re:  *Zobay v. MTN Grp. Ltd.*, No. 1:21-cv-3503-CBA-VMS (E.D.N.Y.)

Dear Counsel:

  We, along with Covington & Burling LLP, represent Defendant MTN Group Limited in this action. Please find enclosed with this letter the following:

- Defendant MTN Group Limited's Notice of Motion for Reconsideration;
- Memorandum of Law in Support of MTN Group Limited's Motion for Reconsideration; and
- Declaration of Peter J. Linken, with exhibit.

               Sincerely,
               /s/ Timothy P. Harkness

Enclosures