

1920 L Street, N.W., Suite 835
Washington, D.C. 20036

November 24, 2025

**<u>Via Electronic Mail and ECF</u>**
FRESHFIELDS US LLP
Kimberly H. Zelnick (kimberly.zelnick@freshfields.com)
Peter J. Linken (peter.linken@freshfields.com)
Timothy P. Harkness (timothy.harkness@freshfields.com)

COVINGTON & BURLING LLP
David M. Zionts (dzionts@cov.com)
Benjamin S. Haley (bhaley@cov.com)
Micaela McMurrough (mmcmurrough@cov.com)

     **Re:** *Zobay et al. v. MTN Group Ltd., et al.*, No. 1:21-cv-3503

Counsel:

  We, together with attorneys from Willkie Farr & Gallagher LLP, represent the Plaintiffs in the above-captioned litigation. Pursuant to Section 3(D) of Judge Amon's Individual Motion Practices and Rules, enclosed is Plaintiffs' Opposition to MTN Group Limited's Motion for Reconsideration.

            Sincerely,

            /s/ Geoffrey P. Eaton
            Geoffrey P. Eaton

cc: Hon. Carol Bagley Amon (via ECF without enclosures)
   All Counsel of Record (via ECF without enclosures)

Enclosure