UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE ZOBAY, et al.,<br><br>         Plaintiffs,<br>   -v.-<br><br>MTN GROUP LIMITED, et al.,<br><br>         Defendants. | Case No.: 1:21-cv-03503-CBA |

# NOTICE OF DEFENDANT MTN GROUP LIMITED'S <u>MOTION FOR RECONSIDERATION</u>

**PLEASE TAKE NOTICE** that Defendant MTN Group Limited ("MTN Group"), by and through its undersigned attorneys, hereby moves this Court pursuant to Federal Rule of Civil Procedure 54(b) and the Court's inherent authority for reconsideration of the Court's prior decisions partially denying MTN Group's motions to dismiss, and for an Order dismissing Plaintiffs' remaining claims against MTN Group, and issuing such other relief as this Court may consider just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Minute Entry on October 10, 2025, papers in opposition to this motion shall be due on November 24, 2025, and papers in reply shall be due on December 1, 2025. Oral argument will be held on a date and time to be designated by the Court.

Dated: November 10, 2025               Respectfully submitted,

s/ *David M. Zionts*                   s/ *Timothy P. Harkness*

David M. Zionts (admitted *pro hac vice*)   Timothy P. Harkness
Covington & Burling LLP                Kimberly H. Zelnick
One CityCenter                         Peter J. Linken
850 Tenth Street N.W.                  Freshfields US LLP
Washington, DC 20001                   3 World Trade Center
Telephone: (202) 662-5987              175 Greenwich Street, 51st Floor
Facsimile: (202) 778-5987              New York, NY 10007
dzionts@cov.com                        Telephone: (212) 277-4000
                                       timothy.harkness@freshfields.com
                                       kimberly.zelnick@freshfields.com
Benjamin S. Haley (admitted *pro hac vice*)   peter.linken@freshfields.com
Covington & Burling (Pty) Ltd.
Rosebank Link
173 Oxford Road, 7th Floor
Johannesburg 2196, South Africa
Telephone: +27 (11) 944-6914
Facsimile: (202) 778-5194
bhaley@cov.com

Micaela R.H. McMurrough
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001
Telephone: (212) 841-1131
mmcmurrough@cov.com

*Counsel for Defendants MTN Group Limited and MTN (Dubai) Limited*