# FRESHFIELDS

TIMOTHY P. HARKNESS
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel +1 (212) 277-4000
timothy.harkness@freshfields.com

<u>**Via ECF**</u>

Honorable Carol Bagley Amon, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**December 1, 2025**

    Re:    *Zobay v. MTN Grp. Ltd.*, No. 1:21-cv-03503-CBA-VMS (E.D.N.Y.)

Dear Judge Amon,

    We, along with Covington & Burling LLP, represent Defendant MTN Group Limited ("MTN Group") in this action. On December 1, 2025, consistent with Your Honor's Individual Motion Practices and Rules, we filed electronic copies of MTN Group's Notice of Motion for Reconsideration, the Memorandum of Law in Support of MTN Group's Motion for Reconsideration, and the Reply Memorandum of Law in Support of MTN Group's Motion for Reconsideration, along with the supporting papers and exhibits thereto.

    Please find enclosed with this letter the following courtesy copies of the Parties' motion papers:

- MTN Group's Notice of Motion for Reconsideration; Memorandum of Law in Support of MTN Group Limited's Motion for Reconsideration; and Declaration of Peter J. Linken, with exhibit;

- Plaintiffs' Opposition to MTN Group Limited's Motion for Reconsideration; and

- the Reply Memorandum of Law in Support of Defendant MTN Group Limited's Motion for Reconsideration.

    The courtesy copies will be delivered to the Court by courier service.

                                   Respectfully submitted,

                                   */s/ Timothy P. Harkness*
                                   Timothy P. Harkness

*Enclosures*

CC:

Hon. Magistrate Judge Vera M. Scanlon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

All Counsel of Record (via ECF)