UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHEILA LONG, et al.,

Plaintiff,

JUDGMENT
21-cv-3503(CBA)(VMS)

v.

ZTE Corporation, ZTE (USA) Inc., **ZTE (TX) Inc.**
Huawei Technologies Co., Ltd., Huawei Technologies USA Inc., Huawei Device USA Inc.

Defendant,
-------------------------------------------------------------X

An Order of the Honorable Judge Carol B Amon, United States District Court, having been filed on November 16, 2026, dismissing all claims against Huawei Defendants and the ZTEC Defendants; it is

ORDERED and ADJUDGED that Huawei Defendants and the ZTEC Defendants, as directed by the Court's Memorandum & Order of September 28, 2023, and the Court's Memorandum & Order of March 23, 2026, is certified as final pursuant to Federal Rule of Civil Procedure 54(b).

Brooklyn, New York
November 24, 2026

Brenna B. Mahoney
Clerk of Court

By: J. Poveda
Deputy Clerk